**No. 11-7535. Paul Pennant, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1058, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 545.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7581. Russell E. Robinson, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1062, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 568.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7588. Juan Antonio Vazquez, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1062, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 521.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 430 Fed. Appx. 741.

**No. 11-7596. Mark McCreary, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1063, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 432.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 425 Fed. Appx. 77.

**No. 11-7614. Eric Flores, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1149, 132 S. Ct. 1065, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 446.

January 9, 2012. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7721. Willie Bud Reed, Jr., Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1071, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 536.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7590. In re Ronald N. Totaro, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1062, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 557.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 11-446. In re Bernard Gerstner, Jr., Dale Sprague, and Ronald Cornelius, Petitioners.**

565 U.S. 1109, 132 S. Ct. 1005, 181 L. Ed. 2d 793, 2012 U.S. LEXIS 498.

January 9, 2012. Petition for writ of mandamus denied.